**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-01019-LTB-KMT

THE RYLAND GROUP, INC., a Maryland corporation,

       Plaintiff,

v.

JELD-WEN, INC., d/b/a SUMMIT WINDOW AND PATIO DOORS, CO., an Oregon
corporation, and
UNITED STATES FIDELITY & GUARANTY COMPANY, a Maryland corporation,

       Defendants.
_____

**ORDER**
_____

Upon Defendants' Unopposed Motion to Remand Due to Error (Doc 4 - filed May 16, 2008), it is

ORDERED that the Motion is GRANTED and this matter is REMANDED to the District Court of the City and County of Denver, State of Colorado.

               BY THE COURT:


                s/Lewis T. Babcock
               Lewis T. Babcock, Judge

DATED: September 11, 2008